

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

INDUSTRIAL CARRIERS INC.,                          :

           Plaintiff,                                :

  - against -                                        :

OV LIMITED,                                        :

           Defendant.                               :

-----------------------------------------------------------X

07 CV
ECF CASE

JUL 1 3 2007
U.S.... S.D. NY
CASHIERS

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

                NONE.

Dated: July __, 2007
      New York, NY

                  The Plaintiff,
                  INDUSTRIAL CARRIERS INC.,

                  By: _____
                  Lauren C. Davies (LD 1980)
                  Thomas L. Tisdale (TT 5263)
                  TISDALE LAW OFFICES, LLC
                  11 West 42nd Street, Suite 900
                  New York, NY 10036
                  (212) 354-0025 – phone
                  (212) 869-0067 – fax
                  ldavies@tisdale-law.com
                  ttisdale@tisdale-law.com