UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08
```

INDUSTRIAL CARRIERS, INC.,

                Plaintiff,

-against-

OV LIMITED,

                Defendant.

07 Civ. 6407 (RJH)

**ORDER**

     By Order dated July 13, 2007, the Court granted the application of plaintiff Industrial Carriers, Inc. authorizing a Maritime Attachment and Garnishment as to defendant herein. A review of the Docket Sheet for the action indicates no further entry in the public file, correspondence with the Court, or any other proceedings since the attachment was authorized. Accordingly, it is hereby:

     **ORDERED** that plaintiff inform the Court by **March 13, 2008**, as to the status of this matter, whether any further proceedings have occurred or are contemplated, and whether any reason exists for maintaining the action listed on the Court's docket of active cases or whether the action should be placed on the Court's suspense docket; and it is further

     **ORDERED** that in the event no timely response to this Order is received, the Court may dismiss the action for lack of prosecution.

SO ORDERED.

Dated: New York, New York
       Feb 1, 2008

Richard J. Holwell
United States District Judge